## CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT MAY 13 AND 27, 1907.

No. 172. EMMA L. KAIPU IN BEHALF OF MIKALA KAIPU, APPELLANT, *v.* L. E. PINKHAM, PRESIDENT OF THE BOARD OF HEALTH, ETC. Appeal from the District Court of the United States for the Territory of Hawaii. May 13, 1907. Death of Mikala Kaipu having been suggested, and the case abated, appeal dismissed. *Mr. A. G. M. Robertson* for appellant. *Mr. Lorrin Andrews* for appellee.

No. 781. CANDIDO ACOSTA ET AL., APPELLANTS, *v.* THE PEOPLE OF PORTO RICO. Appeal from the Supreme Court of Porto Rico. May 27, 1907. Docketed and dismissed with costs, on motion of *Mr. Solicitor-General Hoyt* in behalf of counsel for appellees. No one opposing.

No. 728. SUSAN E. PORTERFIELD, PETITIONER, *v.* GERARD D. MOORE, TRUSTEE, ETC., ET AL. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit. May 27, 1907. Dismissed, on motion of counsel for petitioner. *Mr. Forrest W. Brown* for petitioner. No appearance for respondents.